In the Matter of MARY H. TOMPKINS et al., Appellants, against HENRY BRUCKNER, as President of the Borough of The Bronx, New York City, Respondent.

(Submitted October 1, 1928; decided October 9, 1928.)

*Per Curiam.* The order was affirmed upon the ground that there was no clear legal duty on the part of the Borough President to remove bungalows from streets which had not yet been regulated and opened to the public.

The motion for reargument should be denied, with ten dollars costs and necessary printing disbursements.

CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ., concur.